EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Emiliano Irizarry Castro | 2014 TSPR 131 <br><br> 192 DPR ____ |

Número del Caso: TS-5655


Fecha: 3 de noviembre de 2014



Abogado de la Parte Peticionaria:

      Por derecho propio



Materia: Reactivación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Emiliano Irizarry Castro

TS-5655

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de noviembre de 2014.

Examinada la *Solicitud de Cambio a Status de Abogado Activo*, se provee ha lugar.

Se ordena a la Secretaria registrar el cambio en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo